IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:06-CV33-W

| | |
|---|---|
| DONNA K. TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STOCK BUILDING SUPPLY, INC., | ) |
| | ) |
| Defendant. | ) |

# ORDER
**(Granting Plaintiff's Motion for Extension of Discovery & Dispositive Motion Filing Deadlines)**

This matter is before the Court on motion of the Plaintiff, Donna K. Turner, for an Order extending the period of discovery and extending the dispositive motions filing deadlines. For good cause shown, this Court finds that the Plaintiff's motion should be allowed.

IT IS THEREFORE ORDERED that the Plaintiff's motion shall be granted and that the parties are directed to complete all discovery in this matter on or before January 19, 2007. IT IS FURTHER ORDERED, that the dispositive motions filing deadline shall be extended up to, and including, February 19, 2007.

SO ORDERED.

Signed: December 5, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge